# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| LYNETTE GAY SONKA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 07-4237-CV-C-DW-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Before the Court is Defendant's Motion to Reverse and Remand (Doc. 6). The Court GRANTS the Commissioner's request to reverse the decision of the Administrative Law Judge (ALJ) and remand this action to Defendant pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

The Court enters a final judgment in this case pursuant to Federal Rule of Civil Procedure 58; the above-styled case is reversed and remanded. Brown v. Barnhart, 282 F.3d 580 (8th Cir. 2002).

Dated:   April 15, 2008        .                             /s/ Dean Whipple
                                                                                     **DEAN WHIPPLE**
                                                        **UNITED STATES DISTRICT JUDGE**